# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

128476

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TONYA LOMAX,
      Plaintiff-Appellee,

v

SC: 128476
COA: 258744
WCAC: 01-000352

DELTA TUBE & FABRICATING
CORPORATION and TRAVELERS
INSURANCE COMPANY,
      Defendants-Appellants,
and

J.C. PENNEY COMPANY, INC., LIBERTY
MUTUAL FIRE INSURANCE COMPANY,
MARELCO POWER SYSTEMS, INC.,
FIDELTY & GUARANTY INSURANCE
COMPANY, ENTECH PERSONNEL
SERVICES, INC., AMERICAN
COMPENSATION INSURANCE COMPANY,
and VIDEO CASTLE,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the March 4, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

Clerk

t1026